SUBSEQUENT

WRIT OF HABEAS CORPUS

CERTIFIED COPIES OF

POST CONVICTION

79,464-02

FROM:     232ND CRIMINAL COURT

OF

HARRIS COUNTY, TEXAS

DOMINICK LOWE
1226453-A

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 2 9 2015

Abel Acosta, Clerk

APPLICANT

VS.

THE STATE OF TEXAS

RESPONDENT

REV. 01-02-04

# INDEX

PAGE

DISTRICT ATTORNEY ACKNOWLEDGMENT LETTER      1

STATE'S MOTION REQUESTING DESIGNATION OF ISSUES      2

STATE PROPOSED ORDER DESIGNATING ISSUES      3

CERTIFICATE OF THE CLERK      5

REV: 01-02-04

# MIKE ANDERSON
## DISTRICT ATTORNEY
### HARRIS COUNTY, TEXAS

January 2, 2013

Chris Daniel, District Clerk
Harris County, Texas
1201 Franklin
Houston, Texas 77002

Re: Ex parte **DOMINICK LOWE**
No. **1226453-A** the **232**[ND]
District Court of Harris County, Texas
Filing date: **11/7/2012**

JAN 0 7 2013

Date copy of writ delivered to District Attorney's Basket: _____
By: *Daisy Molina*

Dear Sir:

I hereby acknowledge receipt of a copy of the above-captioned post conviction application for writ of habeas corpus, filed pursuant to Article 11.07 of the Texas Code of Criminal Procedure. Therefore, I waive service by certified mail as provided therein.

I understand that I have 15 days from the date received to answer.

Sincerely,

JAN 0 7 2013

_____
Date Received

_____
Assistant District Attorney
Harris County, Texas

1201 Franklin Street, Suite 600, Houston, Texas 77002-1923

: 00001

NO. 1226453-A

F I L E D
Chris Daniel
District Clerk

EX PARTE § IN THE 232ND DISTRICT COURT

JAN 1 8 2013

§ OF

Time: _____

DOMINICK LOWE, By _____

Applicant § HARRIS COUNTY, TEXAS

## THE STATE'S MOTION REQUESTING DESIGNATION OF ISSUES

The State of Texas, by and through its Assistant District Attorney for Harris County, requests that this Court, pursuant to TEX. CODE CRIM. PROC. art. 11.07, §3(d), designate the following issues which need to be resolved:

1. Whether the State withheld *Brady* information:
2. Whether the trial court committed reversible error;
3. Whether Applicant's confession was voluntary;
4. Whether Applicant's trial counsel was ineffective;
5. Whether the trial court was baised;
6. Whether the evidence was sufficient to support the conviction;
7. Whether Applicant's confession complied with Texas Code of Criminal Procedure arts. 38.22 and 38.23;
8. Whether the trial court had proper jurisdiction;
9. Whether Applicant is actually innocent;
10. Whether the State engaged in prosecutorial misconduct;
11. Whether the police engaged in misconduct;
12. Whether the court interpreter was properly sworn; and,
13. Whether the cumulative effect of all the alleged due process violations denied Applicant a fair trial.

SIGNED January 18, 2013.

Respectfully submitted,

Joshua Reiss
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas 77002
(713) 755-6657, (713) 755-5809 (fax)
Texas Bar I.D. #24053738

: 00002

NO. 1226453-A

| | | |
|---|---|---|
| EX PARTE | § | IN THE 232nd DISTRICT COURT |
| | § | OF |
| DOMINICK LOWE,<br>   Applicant | § | HARRIS COUNTY, TEXAS |

## THE STATE'S PROPOSED ORDER DESIGNATING ISSUES

Having reviewed the applicant's application for writ of habeas corpus, the Court finds that the following issues need to be resolved in the instant proceeding:

1. Whether the State withheld *Brady* information:
2. Whether the trial court committed reversible error;
3. Whether Applicant's confession was voluntary;
4. Whether Applicant's trial counsel was ineffective;
5. Whether the trial court was baised;
6. Whether the evidence was sufficient to support the conviction;
7. Whether Applicant's confession complied with Texas Code of Criminal Procedure arts. 38.22 and 38.23;
8. Whether the trial court had proper jurisdiction;
9. Whether Applicant is actually innocent;
10. Whether the State engaged in prosecutorial misconduct;
11. Whether the police engaged in misconduct;
12. Whether the court interpreter was properly sworn; and,
13. Whether the cumulative effect of all the alleged due process violations denied Applicant a fair trial.

Therefore, pursuant to Article 11.07, §3(d), this Court will resolve the above-cited issues and then enter findings of fact.

The Clerk of the Court is **ORDERED NOT** to transmit at this time any documents in the above-styled case to the Court of Criminal Appeals until further order by this Court.

**By the following signature,
the Court adopts the State's Proposed Order Designating Issues.**

SIGNED on the 31st day of _____, 2013.

_____
PRESIDING JUDGE

: 00003

NO. 1226453-A

EX PARTE                          §        IN THE 232ND DISTRICT COURT

                                  §        OF

DOMINICK LOWE,
   Applicant                      §        HARRIS COUNTY, TEXAS

## CERTIFICATE OF SERVICE

Service has been accomplished by mailing a true and correct copy of the foregoing instrument to the following address:

     Dominick Lowe
     #01679134
     Hodge Unit
     PO 999
     Rusk TX 75785

SIGNED January 18, 2013.

Respectfully submitted,

Joshua Reiss
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas 77002
(713) 755-6657, (713) 755-5809 (fax)
Texas Bar I.D. #24053738

F I L E D
Chris Daniel
District Clerk

JAN 1 8 2013

Time: _____
Harris County, Texas
By _____
Deputy

: 000004

SUPPLEMENTAL
CERTIFICATE OF THE CLERK

APPLICANT IN CUSTODY

THE STATE OF TEXAS                    {   IN THE 232nd DISTRICT COURT

COUNTY OF HARRIS                      {   OF HARRIS COUNTY, TEXAS


I, CHRIS DANIEL, District Clerk of Harris County, Texas, do hereby certify that the

foregoing   5   pages contain true and correct copies of original records now in my

lawful custody and possession relating to cause number 1226453-A including the

petition, all answers filed by the State, the Order of the Court (entered on the 21ST day

of APRIL,A.D., 2015 ) and each document, the inclusion of which was thereby ordered.


I further certify the Applicant DOMINICK LOWE is in the custody of the Texas

Department of Criminal Justice Institutional Division.


Witness my hand and seal of said Court at Houston, Texas, on this the 21st day of

APRIL, 2015.


CHRIS DANIEL, District Clerk
Harris County, Texas

By:_____
Roxana Garcia, Deputy


REV. 01-02-04

: 00005